SCOTT N. SCHOOLS, SCSBN 9990
United States Attorney
JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
Chief, Civil Division
EDWARD A. OLSEN, CSBN 214150
Assistant United States Attorney

  450 Golden Gate Avenue, Box 36055
  San Francisco, California 94102
  Telephone: (415) 436-6915
  FAX: (415) 436-6927

Attorneys for Respondents

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JOSE JESUS GUTIERREZ VASQUEZ, <br><br> Petitioner, <br><br> v. <br><br> MICHAEL CHERTOFF, Secretary of Homeland Security; JULIE L. MEYERS, Assistant Secretary for Immigration and Customs Enforcement; ALBERTO GONZALES, Attorney General; UNITED STATES IMMIGRATION AND CUSTOMS ENFORCEMENT; UNITED STATES DEPARTMENT OF HOMELAND SECURITY, <br><br> Respondents. | No. C-06-6664-PJH <br><br> **STIPULATION TO A THIRD EXTENSION OF DEADLINE FOR FILING A RESPONSE TO THE COURT'S ORDER TO SHOW CAUSE** |

The petitioner, by and through his attorneys of record, and respondents, by and through their attorneys of record, hereby stipulate, subject to the approval of the Court, to a third extension of time within which the respondents may file a response to the Order to Show Cause (OSC) issued by this Court on April 24, 2007.

(1) The petitioner filed a petition for writ of habeas corpus with this Court on October 26, 2006, alleging that he received ineffective assistance of counsel in connection with the filing and

STIPULATION TO A THIRD EXTENSION OF  DEADLINE FOR FILING RESPONSE TO OSC
C 06-6664-PJH                                                1

1  prosecution of a petition for review in the United States Court of Appeals for the Ninth Circuit.
2  *See Gutierrez-Vasquez v. Gonzales*, Appeal No. 04-73084.
3       (2)  This Court issued an OSC on April 24, 2007, directing the government to file a brief
4  within 30 days addressing whether this Court has jurisdiction over the habeas petition in light of
5  the REAL ID Act of 2005.
6       (3)  The parties have been exploring a means of resolving this habeas petition, as well as the
7  petition for review that is pending at the Ninth Circuit.
8       (4)  On May 3, 2007, the government filed an unopposed motion with the Ninth Circuit to
9  suspend the briefing schedule in that case until at least July 9, 2007.
10      (5)  On May 9, 2007, this Court granted the parties stipulation to extend the deadline for
11 responding to this Court's OSC to August 10, 2007.
12      (6)  On May 17, 2007, the Ninth Circuit vacated the briefing schedule and has asked counsel
13 for the government to report on the status of the case on or before January 9, 2008.
14      (7)  On October 26, 2007, the petitioner and the Chief Counsel's Office for the United States
15 Immigration and Customs Enforcement filed a motion to reopen with the Board of Immigration
16 Appeals (BIA).
17      (8)  The motion to reopen is currently pending with the BIA and it is anticipated that the parties
18 will know within a few months whether this case may be resolved without further action by this
19 Court.
20      Accordingly, the parties respectfully ask this Court to extend the deadline for the government
21 to file its brief in response to the Court's OSC to February 8, 2008.
22 //
23 //
24 //
25 //
26 //
27 //
28

STIPULATION TO A THIRD EXTENSION OF DEADLINE FOR FILING RESPONSE TO OSC
C 06-6664-PJH                              2

Date:  November 9, 2007

Respectfully submitted,

SCOTT N. SCHOOLS
United States Attorney

      /s/
EDWARD A. OLSEN
Assistant United States Attorney
Attorneys for Respondents

Date:  November 9, 2007

      /s/
JENNIFER C. CHANG
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION IMMIGRANTS' RIGHTS PROJECT
Attorneys for Petitioner

Pursuant to stipulation, IT IS SO ORDERED.

**ORDER**

IT IS SO ORDERED

Judge Phyllis J. Hamilton

Date:  November __15__, 2007

PHYLLIS J. HAMILTON
United States District Judge

STIPULATION TO A THIRD EXTENSION OF DEADLINE FOR FILING RESPONSE TO OSC
C 06-6664-PJH                                                     3