JOSEPH P. RUSSONIELLO, CSBN 44332
United States Attorney
JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
Chief, Civil Division
EDWARD A. OLSEN, CSBN 214150
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
Telephone: (415) 436-6915
FAX: (415) 436-6927

Attorneys for Respondents

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JOSE JESUS GUTIERREZ VASQUEZ, ) <br> ) <br> Petitioner, ) <br> ) <br> v. ) <br> ) <br> MICHAEL CHERTOFF, Secretary of ) <br> Homeland Security; JULIE L. MEYERS, ) <br> Assistant Secretary for Immigration and ) <br> Customs Enforcement; ALBERTO ) <br> GONZALES, Attorney General; UNITED ) <br> STATES IMMIGRATION AND ) <br> CUSTOMS ENFORCEMENT; UNITED ) <br> STATES DEPARTMENT OF ) <br> HOMELAND SECURITY, ) <br> ) <br> Respondents. ) <br> _____ ) | No. C-06-6664-PJH <br><br> **STIPULATION TO A FOURTH EXTENSION OF DEADLINE FOR FILING A RESPONSE TO THE COURT'S ORDER TO SHOW CAUSE** |

The petitioner, by and through his attorneys of record, and respondents, by and through their attorneys of record, hereby stipulate, subject to the approval of the Court, to a fourth extension of time within which the respondents may file a response to the Order to Show Cause (OSC) issued by this Court on April 24, 2007.

(1) The petitioner filed a petition for writ of habeas corpus with this Court on October 26, 2006, alleging that he received ineffective assistance of counsel in connection with the filing and prosecution of a petition for review in the United States Court of Appeals for the Ninth Circuit.

STIPULATION TO A FOURTH EXTENSION OF DEADLINE FOR FILING RESPONSE
C 06-6664-PJH                                             1

*See Gutierrez-Vasquez v. Gonzales*, Appeal No. 04-73084.

(2)  This Court issued an OSC on April 24, 2007, directing the government to file a brief within 30 days addressing whether this Court has jurisdiction over the habeas petition in light of the REAL ID Act of 2005.

(3)  The parties have been exploring a means of resolving this habeas petition, as well as the petition for review that is pending at the Ninth Circuit.

(4)  On May 3, 2007, the government filed an unopposed motion with the Ninth Circuit to suspend the briefing schedule in that case until at least July 9, 2007.

(5)  On May 9, 2007, this Court granted the parties' stipulation to extend the deadline for responding to this Court's OSC to August 10, 2007.

(6)  On May 17, 2007, the Ninth Circuit vacated the briefing schedule and has asked counsel for the government to provide periodic reports on the status of the case.

(7) On August 15, 2007, this Court granted the parties' second stipulation to extend the deadline for responding to this court's OSC to November 9, 2007.

(8)  On October 26, 2007, the petitioner and the Chief Counsel's Office for the United States Immigration and Customs Enforcement filed a motion to reopen with the Board of Immigration Appeals (BIA).

(9)  On November 15, 2007, this Court granted the parties' third stipulation to extend the deadline for responding to this Court's OSC to February 8, 2008.

(10)  The motion to reopen is currently pending with the BIA and it is anticipated that the parties will know within a few months whether this case may be resolved without further action by this Court.

(10)  The parties recognize that this is their fourth stipulation to extend the deadline for respondents' response to the OSC and appreciate the Court's patience in this matter

Accordingly, the parties respectfully ask this Court to extend the deadline for the government to file its brief in response to the Court's OSC to May 9, 2008.

//

//

Date: February 8, 2008                    Respectfully submitted,

                                          JOSEPH P. RUSSONIELLO
                                          United States Attorney

                                                  /s/
                                          EDWARD A. OLSEN
                                          Assistant United States Attorney
                                          Attorneys for Respondents


Date: February 8, 2008                            /s/
                                          JENNIFER C. CHANG
                                          AMERICAN CIVIL LIBERTIES UNION
                                          FOUNDATION IMMIGRANTS' RIGHTS PROJECT
                                          Attorneys for Petitioner


**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.


Date: February __12__, 2008               _____
                                          PHYLLIS J. HAMILTON
                                          United States District Judge

IT IS SO ORDERED
Judge Phyllis J. Hamilton