| | |
|---|---|
| 1 | JOSEPH P. RUSSONIELLO, CSBN 44332<br>United States Attorney |
| 2 | JOANN M. SWANSON, CSBN 88143<br>Assistant United States Attorney |
| 3 | Chief, Civil Division<br>EDWARD A. OLSEN, CSBN 214150 |
| 4 | Assistant United States Attorney |
| 5 | 450 Golden Gate Avenue, Box 36055<br>San Francisco, California 94102 |
| 6 | Telephone: (415) 436-6915<br>FAX: (415) 436-6927 |
| 7 | |
| 8 | Attorneys for Respondents |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| JOSE JESUS GUTIERREZ VASQUEZ, | ) | No. C-06-6664-PJH |
| Petitioner, | ) | |
| v. | ) | **STIPULATION TO DISMISS; AND [PROPOSED] ORDER** |
| MICHAEL CHERTOFF, Secretary of Homeland Security; JULIE L. MEYERS, Assistant Secretary for Immigration and Customs Enforcement; ALBERTO GONZALES, Attorney General; UNITED STATES IMMIGRATION AND CUSTOMS ENFORCEMENT; UNITED STATES DEPARTMENT OF HOMELAND SECURITY, | ) ) ) ) ) ) ) ) | |
| Respondents. | ) | |

The petitioner, by and through his attorneys of record, and respondents, by and through their attorneys of record, hereby stipulate, subject to the approval of the Court, to dismissal of the above-entitled action in light of the fact that the Board of Immigration Appeals has granted the parties' joint motion to reopen the petitioner's removal proceedings.

Each of the parties shall bear their own costs and fees.

STIPULATION TO DISMISS
C 06-6664-PJH                                                           1

Date: April 25, 2008           Respectfully submitted,

JOSEPH P. RUSSONIELLO
United States Attorney

             /s/
EDWARD A. OLSEN
Assistant United States Attorney
Attorneys for Respondents

Date: April 25, 2008            /s/
JENNIFER C. CHANG
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION IMMIGRANTS' RIGHTS PROJECT
Attorneys for Petitioner

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date:  April 28 , 2008        _____
PHYLLIS J. HAMILTON
United States District Judge

*IT IS SO ORDERED — Judge Phyllis J. Hamilton*

STIPULATION TO DISMISS
C 06-6664-PJH                             2